# Snell & Wilmer

600 ANTON BLVD, SUITE 1400
COSTA MESA, CA 92626-7689
714.427.7000 P
714.427.7799 F

**Michael B. Reynolds**
**(714) 427-7027**
**mreynolds@swlaw.com**

September 12, 2023

Molly Dwyer, Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:    *Jane Doe, et al. v. Rob Bonta, et al.*, Appeal No. 23-55133
                Appellants' Rule 28(j) Letter Brief re Supplemental Authority

To Molly Dwyer, Clerk of the Court, U.S. Court of Appeals for the Ninth Circuit:

Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, Appellants Jane Doe and John Doe Nos. 1 through 4 ("Appellants") are apprising the Court and all counsel that Appellants intend to rely on an authority not cited in Appellants' briefs — *Baird v. Bonta*, Appeal No. 23-15016, __ F.4th __, 2023 WL 5763345 (9th Cir. Sept. 7, 2023) — in support of Appellants' argument that AB 173 violates the Second Amendment under *N.Y. State Rifle & Pistol Ass'n v. Bruen*, __ U.S. __, 142 S. Ct. 2111 (2022).

Specifically, Appellants contend that *Baird* supports the following arguments:

(1)    The first step of the *Bruen* test requires the Court to conduct a pure textual analysis, considering whether the conduct that AB 173 regulates "is covered by the text of the Second Amendment." *Baird*, 2023 WL 5763345, at *8 (citing *Bruen*, 142 S. Ct. at 2129–30). *Cf.* Op. Br. at 57–61; Reply Br. at 26–32.

(2)    The second step of the *Bruen* test requires California to identify a "distinctly similar" historical analogue from the founding or reconstruction periods, i.e., 1791 and 1868, that curtailed the right to purchase firearms and ammunition "to a comparable degree, with a comparable severity, and with a comparable blanket enforcement to" AB 173. *Baird*, 2023 WL 5763345, at *8 (citations omitted). *Cf.* Op. Br. at 61–67; Reply Br. at 32–34.

Snell & Wilmer

Clerk of the Court
September 12, 2023
Page 2

Respectfully submitted,

Dated:   September 12, 2023

SNELL & WILMER L.L.P.

By: _____
Michael B. Reynolds
Colin R. Higgins
Cameron J. Schlagel
Attorneys for Appellants
Jane Doe, et al.